# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

UNITED STATES OF AMERICA,

2                    Plaintiff,

Case Number
CR _10 - 00844 HRL_

3    vs.

4   Daniel Abel Morales

        Defendant.

ORDER - CJA CONTRIBUTION(s) DUE

5

6          It appearing that the defendant is financially able to contribute to the cost of his representation under

7    the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

     IT IS HEREBY ORDERED THAT:

8

9    [✓]   THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ _250_  PER MONTH, until the

case is concluded or until further order of the Court, commencing:

10

11        [✓]  That certain date of ___Dec 15___ and the SAME DAY each month thereafter;

12        [  ]  The first day of _____ and the FIRST DAY of each month thereafter;

**FILED**

13        [  ]  MAIL TO:      Clerk, U. S. District Court
                              280 South First Street, Room 2112
                              San Jose, CA. 95113-3095

DEC - 2 2010

14

15        Please indicate that this is a CJA payment and include the case number shown above.

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

16

17

[  ]   THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

18

19        [  ]   That certain date of _____;

20        [  ]   MAIL TO:      Clerk, U. S. District Court
                               280 South First Street, Room 2112
                               San Jose, CA. 95113-3095

21

22        Please indicate that this is a CJA Payment and include the case number shown above.

23

24

25   DATED:

26                           _Howard R. Lloyd_  U. S. MAGISTRATE JUDGE

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72