1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MORALES

**FILED**

DEC 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-10-00844 HRL |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING DATE |
| vs. | ) |
| DANIEL ABEL MORALES, | ) |
| Defendant. | ) |

### STIPULATION

Defendant Daniel Abel Morales, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Daniel R. Kaleba, hereby stipulate that, subject to the Court's approval, the status hearing currently set for Thursday, December 30, 2010, at 9:30 a.m., be continued to Thursday, January 27, 2011, at 1:30 p.m.

The reason for the requested continuance is to permit the defense additional time to conduct further investigation and to allow the parties to confer about a possible disposition.

//

//

Stipulation and [Proposed] Order
No. CR 10-00844 HRL                    1

IT IS SO STIPULATED.

Date:

                BARRY J. PORTMAN
                Federal Public Defender

                _____/s/_____
                VARELL L. FULLER
                Assistant Federal Public Defender

Date:

                MELINDA HAAG
                United States Attorney

                _____/s/_____
                DANIEL R. KALEBA
                Assistant United States Attorney

### [Proposed] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing, currently set for Thursday, December 30, 2010, at 9:30 a.m., shall be continued to Thursday, January 27, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Date: 12/29/10

                _____
                THE HONORABLE TIMOTHY J. BOMMER
                United States Magistrate Judge